**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PROTECTIVE LIFE INSURANCE COMPANY,**

          **Plaintiff,**

-vs-                                      Case No. 6:07-cv-1251-Orl-31DAB

**STACEY ANN SIGLER, JOANNE BEARDEN,**

          **Defendants.**

## ORDER

This matter comes before the Court on the Joint Stipulation for Relief (Doc. 33), which the Court construes as a motion for relief. Among other things, the parties to this interpleader action seek to have this Court enjoin the Defendants from bringing any further action against Plaintiff in regard to this insurance dispute (Doc. 33 at 3), which the Court declines to do. However, the remainder of the stipulation is unobjectionable. Accordingly, it is hereby

**ORDERED** that Defendant Stacey Sigler's counterclaim is **WITHDRAWN**; and

the Plaintiff, Protective Life Insurance Company, is **DISMISSED WITH PREJUDICE**, bearing its own fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 30, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party